# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COUNTY OF FULTON, FULTON COUNTY
BOARD OF ELECTIONS, STUART L.
ULSH, IN HIS OFFICIAL CAPACITY AS
COUNTY COMMISSIONER OF FULTON
COUNTY AND IN HIS CAPACITY AS A
RESIDENT, TAXPAYER AND ELECTOR IN
FULTON COUNTY, AND RANDY H.
BUNCH, IN HIS OFFICIAL CAPACITY AS
COUNTY COMMISSIONER OF FULTON
COUNTY  AND IN HIS CAPACITY AS A
RESIDENT, TAXPAYER AND ELECTOR
OF FULTON COUNTY,

        Appellants

    v.

SECRETARY OF THE COMMONWEALTH,

        Appellee

:  No. 56 MAP 2024
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 277
:  MD 2021 dated June 11, 2024.
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                                     **DECIDED:  May 28, 2025**

     **AND NOW,** this 28th day of May, 2025, the Commonwealth Court's Order is

**AFFIRMED**.